RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 MAY 13  P 3: 42

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Jacqueline D. Marsteller )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>ECS Federal, Inc. )<br>f/k/a/ Electronic Consulting Services, Inc. )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 1:13cv593 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ECS Federal, Inc.
f/k/a Electronic Consulting Services, Inc.
(2750 Prosperity Drive, Suite 600, Fairfax, VA  22031)

Seve:  James V. Irving, Esq., Registered Agent
2300 Wilson Boulevard, 7th Floor, Arlington, VA  22201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carla D. Brown
Charlson Bredehoft Cohen Brown & Sakata, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA  20190
(703/318-6800)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____                        _____
                                                                                    *Signature of Clerk or Deputy Clerk*