IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JACQUELINE D. MARSTELLER, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:13cv593 |
| | ) (JCC/JFA) |
| ECS FEDERAL, INC. f/k/a ELECTRONIC CONSULTING SERVICES, INC., | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW the Plaintiff, JACQUELINE D. MARSTELLER, by counsel, and moves this Court for leave to file an Amended Complaint pursuant to Fed.R. Civ.P. 15.

Plaintiff also requests that the monetary amounts referenced in ¶¶ 42 and 46 of the original Complaint be redacted in deference to confidentiality concerns, and Plaintiff has removed these references from the corresponding paragraphs of the Amended Complaint.

The grounds for this Motion are set forth in the attached Memorandum.

May 29, 2013

Respectfully submitted,

*/S/ CARLA D. BROWN*

Carla D. Brown
Virginia Bar No. 44803
cbrown@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 BROWN & SAKATA, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile

*Counsel for Plaintiff, Jacqueline D. Marsteller*