IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| JACQUELINE D. MARSTELLER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:13cv593 (JCC/JFA) |
| ECS FEDERAL, INC. f/k/a ELECTRONIC CONSULTING SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff Jacqueline D. Marsteller, having moved by counsel for an Order granting leave to amend the Complaint filed in this action, and upon consideration of the papers submitted, it is hereby

ORDERED, that Plaintiff's Motion for Leave to Amend is GRANTED; and it is

FURTHER ORDERED, that Plaintiff's Amended Complaint shall be deemed filed as of the date of this Order and it is

FURTHER ORDERED that the Amended Complaint shall relate back to the original filing date of the Complaint.

SO ORDERED.

Date: _____, 2013           _____
                                 The Honorable John F. Anderson
                                 United States Magistrate Judge