**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

|  |  |  |
|---|---|---|
| JACQUELINE D. MARSTELLER | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:13cv593 (JCC/JFA) |
| ECS FEDERAL, INC. f/k/a ELECTRONIC CONSULTING SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on Friday, June 7, 2013, at 10:00 a.m., or as soon

thereafter as counsel may be heard, Plaintiff Jacqueline D. Marsteller, by counsel, will move this

Court for an Order, pursuant to Fed. R. Civ. P. 15, granting her leave to file an Amended

Complaint, and requesting that in doing so, the monetary amounts referenced in ¶¶ 42 and 46 of

the original Complaint be redacted in deference to confidentiality concerns.

May 29, 2013                          Respectfully submitted,

                                      */S/ CARLA D. BROWN*

                                      Carla D. Brown
                                      Virginia Bar No. 44803
                                      cbrown@cbcblaw.com
                                      CHARLSON BREDEHOFT COHEN
                                        BROWN & SAKATA, P.C.
                                      11260 Roger Bacon Drive, Suite 201
                                      Reston, Virginia 20190
                                      (703) 318-6800  Telephone
                                      (703) 318-6808  Facsimile

                                      *Counsel for Plaintiff, Jacqueline D. Marsteller*