IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACQUELINE D. MARSTELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:13cv0593 (JCC/JFA) |
| v. ) | |
| ) | |
| ECS FEDERAL, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the court is plaintiff's Motion for Leave to File Amended Complaint. (Docket no. 3) ("Motion to Amend"). Upon consideration of the motion, plaintiff's memorandum in support (Docket no. 4), and it appearing that no responsive pleading has been filed by defendant, it is hereby

ORDERED that plaintiff's Motion to Amend is granted. It is further

ORDERED that plaintiff shall electronically file the proposed amended complaint attached to the memorandum in support of the Motion to Amend as a separate docket entry.

Entered this 3rd day of June, 2013.

_____/s/_____
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia