IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JACQUELINE D. MARSTELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:13-cv-00593 (JCC/JFA) |
| | ) | |
| ECS FEDERAL, INC. | ) | |
| f/k/a ELECTRONIC CONSULTING | ) | |
| SERVICES, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ACCEPTANCE OF SERVICE BY DEFENDANTS**

Defendants ECS Federal Inc., Roy Kapani, and George Wilson, and Plaintiff Jacqueline D. Marsteller, by counsel, agree that Defendants accepted service of process on June 5, 2013 and that Defendants' responsive pleadings must be filed no later than June 26, 2013.

Respectfully submitted,

        /s/  Carla D. Brown
Carla D. Brown, Esq. (VSB 44803)
Charlson Bredehoft Cohen Brown & Sakata, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
Tel:     (703) 318-6800
Fax:    (703) 318-6808
E-mail:cbrown@cbcblaw.com
***Counsel for Plaintiff Jacqueline D. Marsteller***

        /s/  Michael E. Barnsback
Michael E. Barnsback, Esq. (VSB 33113)
LECLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Tel:     (703) 647-5931

        Fax:    (703) 647-5993
        Email: Michael.Barnsback@leclairryan.com
        ***Counsel for Defendants ECS Federal, Inc., Roy Kapani and George Wilson***