IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACQUELINE D. MARSTELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:13-cv-00593 (JCC/JFA) |
| ) | |
| ECS FEDERAL, INC. ) | |
| f/k/a ELECTRONIC CONSULTING ) | |
| SERVICES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ECS FEDERAL, INC.'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ECS FEDERAL, INC., in the above captioned action, certifies that it does not have a parent corporation and there are no publically held corporations that own 10% or more of its stock.

June 26, 2013                                          Respectfully submitted,

**ECS Federal, Inc.,**

**By Counsel**

_____/s/_____
Michael E. Barnsback, Esquire
Virginia State Bar No. 33113
*Counsel for ECS Federal, Inc., S. Roy Kapani and George Wilson*
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Phone: 703-647-5931
Fax: 703-647-5993
Email: michael.barnsback@leclairryan.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 26th day of June, 2013, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

       Carla D. Brown, Esq. (VSB 44803)
*Counsel for Plaintiff Jacqueline D. Marsteller*
Charlson Bredehoft Cohen Brown & Sakata, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
Tel:   (703) 318-6800
Fax:  (703) 318-6808
E-mail:cbrown@cbcblaw.com

       _____/s/_____
Michael E. Barnsback, Esquire
Virginia State Bar No. 33113
*Counsel for ECS Federal, Inc., S. Roy Kapani and George Wilson*
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Phone: 703-647-5931
Fax: 703-647-5993
Email: michael.barnsback@leclairryan.com