**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| JACQUELINE D. MARSTELLER, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:13cv593 |
| | ) (JCC/JFA) |
| ECS FEDERAL, INC. | ) |
| f/k/a ELECTRONIC CONSULTING | ) |
| SERVICES, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

Plaintiff, Jacqueline D. Marsteller, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Counterclaims filed by the Defendants, ECS Federal Inc., S. Roy Kapani and George Wilson.

The grounds for this Motion are set forth in the accompanying Memorandum.

July 17, 2013        Respectfully submitted,

/S/ CARLA D. BROWN

Carla D. Brown
Virginia Bar No. 44803
cbrown@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 BROWN & SAKATA, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile

*Counsel for Plaintiff,*
 *Jacqueline D. Marsteller*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Michael E. Barnsback, Esq.
> LeClair Ryan
> 2318 Mill Road, Suite 1100
> Alexandria, VA  22314
> (703) 647-5931 Telephone
> (703) 647-5993  Facsimile
> Michael.barnsback@leclairryan.com
> *Counsel for Defendants ECS Federal, Inc.,*
>   *S. Roy Kapani and George Wilson*

> */S/ CARLA D. BROWN*
> _____
> Carla D. Brown
> Virginia Bar No. 44803
> cbrown@cbcblaw.com
> CHARLSON BREDEHOFT COHEN
>   BROWN & SAKATA, P.C.
> 11260 Roger Bacon Drive, Suite 201
> Reston, Virginia 20190
> (703) 318-6800  Telephone
> (703) 318-6808  Facsimile
>
> *Counsel for Plaintiff, Jacqueline D. Marsteller*