IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| JACQUELINE D. MARSTELLER | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:13cv593 (JCC/JFA) |
| ECS FEDERAL, INC. f/k/a ELECTRONIC CONSULTING SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff Jacqueline D. Marsteller, having moved by counsel for an Order dismissing the Counterclaims filed by the Defendants, ECS Federal Inc., S. Roy Kapani and George Wilson, and upon consideration of the papers submitted, it is hereby

ORDERED, that the Counterclaim filed by Defendants ECS Federal Inc., S. Roy Kapani and George Wilson be and hereby is DISMISSED.

SO ORDERED.

Date: _____, 2013         _____
                               The Honorable James C. Cacheris
                               United States District Court Judge