IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| JACQUELINE D. MARSTELLER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:13cv593 (JCC/JFA) |
| ECS FEDERAL, INC. f/k/a ELECTRONIC CONSULTING SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S NOTICE OF MOTION TO DISMISS COUNTERCLAIMS

PLEASE TAKE NOTICE that on Friday, August 9, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Jacqueline D. Marsteller, by counsel, will move this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Counterclaims filed by the Defendants, ECS Federal Inc., S. Roy Kapani and George Wilson.

July 17, 2013                    Respectfully submitted,

/S/ CARLA D. BROWN

Carla D. Brown
Virginia Bar No. 44803
cbrown@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 BROWN & SAKATA, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile

*Counsel for Plaintiff,*
 *Jacqueline D. Marsteller*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Michael E. Barnsback, Esq.
>LeClair Ryan
>2318 Mill Road, Suite 1100
>Alexandria, VA  22314
>(703) 647-5931 Telephone
>(703) 647-5993  Facsimile
>Michael.barnsback@leclairryan.com
>*Counsel for Defendants ECS Federal, Inc.,*
>  *S. Roy Kapani and George Wilson*

>    */S/ CARLA D. BROWN*
>    _____
>    Carla D. Brown
>    Virginia Bar No. 44803
>    cbrown@cbcblaw.com
>    CHARLSON BREDEHOFT COHEN
>      BROWN & SAKATA, P.C.
>    11260 Roger Bacon Drive, Suite 201
>    Reston, Virginia 20190
>    (703) 318-6800  Telephone
>    (703) 318-6808  Facsimile

>    *Counsel for Plaintiff, Jacqueline D. Marsteller*