IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACQUELINE D. MARSTELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:13cv0593 (JCC/JFA) |
| v. ) | |
| ) | |
| ECS FEDERAL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Having reviewed the parties' Rule 26(f) Joint Proposed Discovery Plan (Docket no. 16) filed on July 23, 2013 and determined that a Rule 16(b) conference is necessary in this case, it is hereby

ORDERED that the Rule 16(b) conference currently set for Wednesday, July 31, 2013 at 11:00 a.m. is rescheduled for **Wednesday, August 7, 2013 at 11:00 a.m.**

Entered this 24th day of July, 2013.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia