# ATTACHMENT 1

# Transcript of **SANJEEV ROY KAPANI**

**Date:** August 26, 2013

**Case:** MARSTELLER v. ECS FEDERAL, INC., ET AL

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

149

1  A I don't know if I am.

2  Q You don't know whether, with respect to the
3 oral presentation you just mentioned, you were
4 identified as a key person.

5  A I don't know if they attributed that to my
6 title or not.

7  Q Now, at the time that ECS made the oral
8 presentation for the NCS win, do you know whether
9 Jackie Marsteller was listed as a key person?

10  A She could have been. I'm sure she probably
11 was.

12  Q Okay. And why are you sure about that?

13  A Because she wrote the proposal.

14  Q So you think she would have listed herself
15 just because she wrote it?

16  A Yeah.

17  Q You think she would have listed herself
18 given the kind of work that was being done?

19  A What do you mean by that?

20  Q The only reason you think Miss Marsteller
21 would have been listed as a key person for the USPS
22 deal was because she wrote the proposal?

DEPOSITION OF SANJEEV ROY KAPANI
CONDUCTED ON MONDAY, AUGUST 26, 2013

150

1  A    Right.  Jackie was not critical to the USPS
2  proposal.
3  Q    All right.  Now, ECS had a contractor assist
4  with the proposal.  Do you recall that?
5  A    I believe so.
6  Q    Do you recall the contractor's name?
7  A    I think it was J 4?  Something like that.
8  Q    Do you remember whether anyone else was
9  helping formulate the proposal?
10 A    I don't know who else was involved.  In
11 terms of -- you mean outside people?
12 Q    Correct.
13 A    Or you mean within ECS?
14 Q    Let's talk about people outside of ECS.  Who
15 else was involved in creating a strategy for the
16 proposal?
17 A    Probably the subcontractor, Harris.
18 Q    Now, you say probably.  Are you not sure?
19 A    I don't know how much -- how much Tess and
20 Jackie pulled in from Harris.  I just -- I don't know
21 how much their involvement was.  But they were on the
22 team and I'm sure they were contributing.

297

1   Q   You didn't hire any replacements for Jackie
2   Marsteller?
3   A   No.
4   Q   Who assumed Jackie Marsteller's job duties?
5   A   Rich August.
6   Q   Anyone else?
7   A   Tess took on a greater role in the
8   operations role, and the account executive duties were
9   sent to Rich August.
10  Q   Did ECS ever hire another account executive?
11  A   ECS has hired and let go of quite a few
12  since that time frame.  So we have hired account
13  executives, we have inherited some from acquisitions,
14  and we've let some go.
15  Q   All right.  Now, what account executives has
16  ECS hired?
17  A   ECS hired Pete Santighan.
18  Q   When did Santighan become hired?
19  A   I don't know.  I'll have to check it.  But I
20  think it was relatively recent.  Maybe 2013.  Either
21  late 2012 or early 2013.
22  Q   What projects does Mr. Santighan work on?

DEPOSITION OF SANJEEV ROY KAPANI
CONDUCTED ON MONDAY, AUGUST 26, 2013

298

1    A    I'd have to double-check those. I'm not
2 sure exactly what's in his pipeline. I don't have the
3 list in front of me.
4    Q    Do you know whether Mr. Santighan is working
5 on any opportunities that Miss Marsteller worked on
6 while she was employed at ECS?
7    A    I'm not sure. I'd have to compare Jackie's
8 list with his. Its possible, but I'm not positive.
9    Q    Okay. Other than Mr. Santighan, what other
10 account executives have been hired by ECS?
11   A    Hired. Not sure. I'd have to double-check
12 and get back to you.
13   Q    As we sit here today, you can't think of any
14 account executive that's been hired other than
15 Mr. Santighan?
16   A    We inherited many people through our
17 acquisitions, so the need to hire new was not there.
18   Q    Other than Mr. -- was there any account
19 executive hired prior to Mr. Santighan? Hired, not
20 acquired?
21   A    No. I don't think so.
22   Q    All right. Now, how many account executives

318

1   know.  Archives.

2       Q   Does ECS keep any kind of summary of what
3   new business it's obtained for an annual year?  Is
4   there a place where you can look and it says Summary
5   New Contracts?  Does ECS maintain any kind of document
6   like that?

7       A   Summary New Contracts?

8       Q   Correct.  Or new work won I should say.

9       A   So we do have a list each year of what was
10  awarded that year.  That doesn't necessarily mean that
11  was the year it was bid.

12      Q   And is that document called something
13  specific?  Is it Summary of --

14      A   It's contract pipeline.

15          Of course a contract award also gets entered
16  into the accounting system and the contracts system
17  because you're now working on them.  So you can easily
18  look at active contracts and say what was awarded this
19  year just based on the award dates.  So the accounting
20  system would have all that data.

21      Q   Okay.  Did you have any conversations with
22  Jeff Powell about how Miss Marsteller would be