IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JACQUELINE D. MARSTELLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. 1:13cv593 |
| ) | (JCC/JFA) |
| ECS FEDERAL, INC. ) | |
| f/k/a ELECTRONIC CONSULTING ) | |
| SERVICES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

# PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND OVERRULE OBJECTIONS

# EXHIBIT 7

# DOCUMENT FILED UNDER SEAL