IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JACQUELINE D. MARSTELLER<br><br>Plaintiff,<br><br>v.<br><br>ECS FEDERAL, INC.<br>f/k/a ELECTRONIC CONSULTING<br>SERVICES, INC., *et al.*<br><br>Defendants. | C.A. 1:13cv593<br>(JCC/JFA) |

# PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND OVERRULE OBJECTIONS

# EXHIBIT 8

# DOCUMENT FILED UNDER SEAL