**ATTACHMENT 9**

## Jackie Marsteller

**From:** Jackie Marsteller <Jackie.Marsteller@ecs-federal.com>
**Sent:** Wednesday, December 07, 2011 12:53 PM
**To:** jackie_marsteller@cox.net
**Subject:** FW: Agreement (12-7-2011)v1
**Attachments:** Agreement (12-7-2011)v1.doc

Electronic Consulting Services, Inc. (ECS)
Sr. VP
Office: 703-270-1540, ext. 1019
Cell: 703-389-2380
Fax: 703-270-1541

**From:** George Wilson
**Sent:** Wednesday, December 07, 2011 12:45 PM
**To:** Jackie Marsteller
**Subject:** Agreement (12-7-2011)v1

Jackie –

Please review and let me know if you have any questions at all –

I will have a consulting agreement to you shortly.

GHW