IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JACQUELINE D. MARSTELLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ECS FEDERAL, INC. )<br>f/k/a ELECTRONIC CONSULTING )<br>SERVICES, INC., *et al.* )<br>)<br>Defendants. )<br>) | C.A. 1:13cv593<br>(JCC/JFA) |

PLAINTIFF'S MOTION TO COMPEL DISCOVERY
AND OVERRULE OBJECTIONS

# EXHIBIT 10

# DOCUMENT FILED UNDER SEAL