# ATTACHMENT 11



Transcript of **TERESE SWATT**

**Date:** September 24, 2013

**Case:** MARSTELLER v. ECS FEDERAL, INC., ET AL

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

DEPOSITION OF TERESE SWATT
CONDUCTED ON TUESDAY, SEPTEMBER 24, 2013

31

1  items were as part of the plan to capture the U.S.

2  Postal Service work?

3      A    There are a number of things that I can't

4  recall off the top of my head that are required that

5  are a part of a capture plan.  I don't remember

6  exactly what those are, what those were.

7      Q    Okay.  So you don't recall who was doing

8  what as part of this plan, correct?

9      A    I don't -- I don't recall specifically who

10  was doing what, no.

11      Q    Okay.  Do you recall what items

12  Ms. Marsteller was handling as part of pursuing the

13  capture of the United States Postal Service work?

14      A    I know she had -- she had conversations with

15  potential teaming partners such as HP, and I think

16  we -- she already had the relationship with Tech

17  Systems, which was part of our -- which was part of

18  the strategy.

19          I think the Harris conversation just evolved

20  from both our sides because we were both talking to

21  people from -- the folks from Harris.  She was talking

22  with -- she periodically would talk to Dan Garrison.

DEPOSITION OF TERESE SWATT
CONDUCTED ON TUESDAY, SEPTEMBER 24, 2013

32

1   I periodically would talk to a guy named Monty

2   Montgomery.  I think Jackie also talked with David

3   Trask who eventually got involved.

4       Q   And Mr. Trask, Mr. Montgomery, and

5   Mr. Garrison, they're all Harris employees?

6       A   At the time, they were.

7       Q   At the time that the strategy was being put

8   together, the capture of the USPS work, Mr. Trask,

9   Mr. Garrison, and Mr. Montgomery were all Harris

10  employees?

11      A   That is correct, yes.

12      Q   Okay.  Do you recall anything else that was

13  being done as part of the strategy for the capture of

14  the USPS work?

15      A   I know we would have -- I know Jackie set up

16  daily -- not daily, but we had status meetings.  I

17  think initially -- I don't recall the frequency, but I

18  know we had some regular -- regularly scheduled

19  meetings that -- that Jackie ran that she was the

20  leader of.

21      Q   And was the purpose of those meetings to

22  keep the capture strategy on target?

DEPOSITION OF TERESE SWATT
CONDUCTED ON TUESDAY, SEPTEMBER 24, 2013

33

1      A   Yes, correct.

2      Q   Now, do you know -- do you recall J4 being

3  involved in the capture strategy?

4      A   I do, yes.

5      Q   Do you know whether it was Ms. Marsteller

6  who brought in J4?

7      A   Well, J4 came in -- came to us.  We won a

8  contract at the USPS OIG, and after we won that

9  contract, it was -- there was some sort of

10  announcement that was posted someplace, and J4

11  actually reached out to us and said, hey, we're a

12  bunch of retired postal guys, we've got this

13  consulting firm if you ever need us.

14         So I believe it was Jackie who said, hey,

15  let's reach out to these guys and see what they can

16  bring to the table.  Now, I don't remember if she

17  reached out to them or I reached out to them, but we

18  reached out to them to see what they could do to help

19  us, and I remember that we did meet with them.

20      Q   How frequently were you in contact with J4

21  during the time ECS was putting together the plan for

22  the capture of the USPS work?

DEPOSITION OF TERESE SWATT
CONDUCTED ON TUESDAY, SEPTEMBER 24, 2013

34

1       A    I think initially before the RFP dropped --

2   again, Jackie had set up those status calls, so I

3   think J4 -- I think they were invited to participate.

4   Now, whether they participated every time or not, I

5   don't know.  And then once the RFP came out, they --

6   we were involved -- they provided us with more

7   information.

8       Q    All right.  And do you know what services

9   specifically J4 or what content J4 might have

10  contributed with respect to the capture plan that was

11  put together for the USPS work?

12      A    I'm sorry.  Can you just repeat that?

13      Q    Do you know what content J4 might have

14  provided with respect to the capture plan or the

15  strategy that was put together?

16      A    Well, what J4 had -- J4 had on their team

17  this person, Wayne Orbke, who used to be sort of the

18  deputy facility manager at the NCSC.  And so Wayne was

19  able to provide us with what the organization looked

20  like.  I think he provided us with an organizational

21  chart.  He provided us with sort of a breakdown of the

22  functions within that organization.  He was able to

DEPOSITION OF TERESE SWATT
CONDUCTED ON TUESDAY, SEPTEMBER 24, 2013

35

1    provide us generally with the number of staff of both

2    the postal staff and the contract staff.

3            So more than anything, he kind of helped us

4    with our organizational -- figuring out how our

5    organizational structure should look like.  And then

6    the other thing that J4 was very involved with was

7    reviewing our document, participating in our red team

8    review.

9        Q    And when you say the document, would that be

10   the proposal?

11       A    The proposal, correct, yes.

12       Q    Now, who was on the -- who was on the

13   proposal team?  Am I not using the right word?  Do you

14   know who at ECS was involved in the capture effort?

15       A    In the capture effort?  Well, Jackie had the

16   lead.  Since she was the division manager, it fell

17   under her.  The way I look at it, she had -- she was

18   the lead.  I was a writer.  Of course, Jackie wrote

19   part of it.  I'm trying to remember who else wrote.

20   Darn.  I'm sure other people wrote.

21           I think Jeff -- Jeff was always very good

22   at -- I think Jeff edited, provided edits.  June