**ATTACHMENT 12**

Print | Close Window

Subject: FW: This mornings status call...
From: "Jackie Marsteller" <Jackie.Marsteller@ecs-federal.com>
Date: Fri, Oct 08, 2010 8:53 am
To: "donspatola" <donspatola@j4pls.com>
Attach: image001.gif
image002.jpg

Hi Don,
Can you send me a little something similar to what Brian has sent so I can work it into my sections of the proposal? See below...

Jackie Marsteller
Sr. VP, IT Services Division
Electronic Consulting Services, Inc. (ECS)
2750 Prosperity Ave., Suite 510
Fairfax, VA 22031
p: 703-270-1540, ext. 1019
f: 703-270-1541
c: 703-389-2380
jackie.marsteller@ecs-federal.com

From: Garstang, Brian C. [mailto:bgarstan@teksystems.com]
Sent: Friday, October 08, 2010 8:29 AM
To: Neel Gopalani
Cc: Tess Swatt; Jackie Marsteller; Henkensiefken, Jonas; June Marion; Monica Teran; Ross, Deshawna; Garstang, Brian C.
Subject: FW: This mornings status call...
Importance: High

Neel,

In response to your request please see the bullets below. Our hope is that this information provides a good snapshot of our Memphis, TN presence as well as our history with the US Postal Service and allows for corresponding narratives in the proposal to be better rounded out. After reviewing, please let me know if you have any questions or need any additional information.

- TEKsystems has had an established office in Memphis, TN since 1992.
- TEKsystems currently has 24 internal employees that are all well versed in the local market and attracting and retaining technical resources.
- TEKsystems currently has 229 technical professionals supporting our clients in the greater Memphis market. Of this number, seven are versed in telecommunications, 33 in network engineering, 86 in infrastructure operations & maintenance, and 103 in application development and support.
- With regards to our history with the USPS – we has provided (through our Memphis office) Desktop Support Technicians in support of the NCSC but this is dated (2003) and limited (only around 10 resources). We also support the Phoenix Project but again this is only with two resources out of PA and MN. We do have a sizable past perform as a major subcontractor to a prime systems integrator in support of the USPS' IMDA system (please see below).

*Past Performance*

Dates – June 2005 to September 2007

Customer – Leading Manufacturer of broadband, embedded systems, and wireless networks in support of the United States Postal Service

Situation

TEKsystems was selected as one of four subcontractors to perform site survey and installation services in support of the United States Postal Services purchase of a system including 300,000 hand held parcel scanning devices known as IMDAS (Intelligent Mail Data Acquisition System). The prime contractors for the IMDAS program awarded TEKsystems with all sites located in the USPS Capital Metro, Southeast, and Pacific Areas. On site survey and scanner deployments services were required at 10,000 Post Office locations nationwide. Over the course of the 2 year program, TEKsystems performed 2,517 site surveys and 2,369 scanner deployments. As the IMDAS system was connected to the Postal Wide Area Network, all TEKsystems personnel performing the scanner deployments had to have a Sensitive Security Clearance. TEKsystems mobilized multiple teams of resources across the geographies awarded to minimize the travel expenses incurred by it Sensitive Cleared Deployment team.

**Responsibilities**

TEKsystems scheduled all survey and deployment activities with the Postal District Coordinator and Post Office designated contact. TEKsystems project team consisted of a Senior Project Manager, 2 Project Coordinators, 1 Security Coordinator, and 1 Project Administrator to support over 60 field surveyors and our team of 25 Sensitive Cleared Installers. The project team provided project planning, logistical support, and Quality Control services for the extensive survey documents and drawings. The team also provided planning, logistical support, and technical support for the installation activities. The survey and installation for the IMDAS program was completed successfully without aborts. Over the 2 years on the program TEKsystems consistently ranked #1 in the quarterly reviews conducted by the Program Management team out of 4 Installation Partners.

Thank you,

---

Brian Garstang  DIRECTOR, STRATEGIC ACCOUNTS
12353 SUNRISE VALLEY DR., RESTON, VA 20191
800.786.5211  T 703-476-3323
F 703.476.3394  M 571-271-9980
WWW.TEKSYSTEMS.COM



---

From: Gopalani (Ctr), Neel [mailto:Neel.S.Gopalani@hud.gov]
Sent: Thursday, October 07, 2010 2:32 PM
To: Jackie Marsteller; Garstang, Brian C.; Monica Teran
Cc: June Marion; Henkensiefken, Jonas; Ross, Deshawna; Tess Swatt; Neel Gopalani
Subject: RE: This mornings status call...

Brian,

If you can help highlight the capabilities of TEKsystems for recruiting for NCSC, that would help. See below.

Our recruiting capabilities are enhanced significantly by our partnership with TEKsystems. TEKsystems has established offices in and around Memphis, Tennessee. <Has TEKsystems supported staffing for USPS in Tennessee?>. TEKsystems is also a premier staffing provider in Tennessee for ?? and ?? expertise.

TEKsystems recruiters' use a wide-range approach to identify qualified IT staff, including:

- *Referrals:* Experience shows that referrals produce the most productive and committed team members. TEKsystems has established extensive contact networks among employees, user groups, IT associations, and clients.
- *Advertising:* TEKsystems purchases advertisements for specific openings.
- *Job Fairs:* TEKsystems hosts job fairs to reinforce recruiting efforts for upcoming contracts. Surpass industry standards by holding job fairs in the regions where our clients are based. Also collaborate with state and local employment agencies.
- *Military Transition Services:* TEKsystems provides transitional assistance for technical professionals completing military service.
- *Recruiter Workspace (RWS):* TEKsystems maintains a custom-designed database with more than 3.2 million resumes (81% of the nation's IT workforce) throughout North America. In addition, RWS manages our large network of technical professionals and enables our more than 2,200 recruiters nationwide to be build partnerships and track key skills applicable to our customers' mission.
- *thingamajob.com®:* TEKsystems' parent company manages this job search and recruiting Web site that posts our jobs to more than 100 recruiting Web sites. Currently, thingamajob.com represents 5 million job seekers.
- *Job Boards:* TEKsystems advertises open positions on 300 Web sites nationwide, including CareerBuilder, Dice.com, Direct Employers, TelecomCareers, and Workopolis as well as local and industry-specific job boards.

For highly time-sensitive requirements with significant business implications, TEKsystems will deploy The Red Zone. When a Red Zone request is submitted, the entire office coordinates recruiting efforts around that requirement. Through The Red Zone, candidates are typically available for interviews within 24 to 48 hours.

Regards,
Neel Gopalani
Electronic Consulting Services, Inc. (ECS)
703.270.1540 Ext. 7155 (Office)
703.459.6268 (Cell)
neel.gopalani@ecs-federal.com

**From:** Jackie Marsteller [mailto:Jackie.Marsteller@ecs-federal.com]
**Sent:** Thursday, October 07, 2010 2:16 PM
**To:** Garstang, Brian C.; Monica Teran
**Cc:** June Marion; Henkensiefken, Jonas; Ross, Deshawna; Tess Swatt; Neel Gopalani
**Subject:** RE: This mornings status call...

Thanks Brian. Given the SHORT turnaround, we brought the writing in house, except for past performance from Harris. That being said, we plan on highlighting the resumes you provided, so I have cced Neel here in case he has any questions or needs. He is talking the lead on the Resource Section.
Thanks again for your help,
Jackie

Jackie Marsteller
Sr. VP, IT Services Division
Electronic Consulting Services, Inc. (ECS)
2750 Prosperity Ave., Suite 510
Fairfax, VA 22031
p: 703-270-1540, ext. 1019
f: 703-270-1541
c: 703-389-2380
jackie.marsteller@ecs-federal.com

**From:** Garstang, Brian C. [mailto:bgarstan@teksystems.com]
**Sent:** Thursday, October 07, 2010 2:00 PM
**To:** Monica Teran
**Cc:** June Marion; Henkensiefken, Jonas; Ross, Deshawna; Jackie Marsteller; Tess Swatt
**Subject:** RE: This mornings status call...

Monica,

Per the kick off call we had regarding the USPS NCSC pursuit, I am under the impression that TEKsystems will be involved when called upon (i.e. not assigned any writing duties or proposal reviewing duties). I understand the logic and am completely good with this decision. With this being said through, I and my team (Jonas and Deshawna) are in standby and 100% ready to assist where you need us. If you need revisions done on the resumes, additional ones gathered, narratives written, etc. please just let me know. We will take direction from you on what you need from us and when you need it.

Thank you,

**Brian Garstang** DIRECTOR, STRATEGIC ACCOUNTS
12353 SUNRISE VALLEY DR., RESTON, VA 20191
800.786.5211  T 703-476-3323
F 703.476.3394  M 571-271-9980
WWW.TEKSYSTEMS.COM



**From:** Monica Teran [mailto:monica.teran@ecs-federal.com]
**Sent:** Thursday, October 07, 2010 11:15 AM
**To:** donspatola; Bill Sutherland; sspeegle@harris.com; Trask, David; Alvarez, Mario; Sutherland, Bill; Tess Swatt; lindauer01@aol.com; John Bonafilia; Rick; Speegle, Steven W - Norman, OK - Contractor; Gopalani (Ctr), Neel; Neel Gopalani; Garstang, Brian C.; Henkensiefken, Jonas
**Cc:** June Marion; Jackie Marsteller
**Subject:** This mornings status call...

Hello Team,
This morning we had a 10am status call meeting but only 5 participants were on the line. We discussed any

questions and comments the writers and supporters had. If you were not on the call this morning, please make sure to check in with Jackie with any questions or comments you may have. We feel it's important that the team participates on the status calls that are scheduled. With such a quick turn-around, the proposal team urges as much communication as possible and these status calls will help us get the ball rolling in the right direction.

On another note, writers: please make sure that you are working directly from the Pink Team folder on the SharePoint site. The reviewers will began the review at 5pm Friday October 8th (tomorrow).

**Please note that we will have another status call meeting this Tuesday October 12th at 10am.**

Thanks for your time and talk to you soon,

*Monica Teran*
Proposal Coordinator
ECS
2750 Prosperity Ave.
Suite 430
Fairfax, VA 22031
Off:(703) 270-1540 x1065
Fax: (703) 270-1541
Cell: (703) 944-3593
www.ecs-federal.com
monica.teran@ecs-federal.com

This electronic mail (including any attachments) may contain information that is privileged, confidential and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you.

Copyright © 2003-2013. All rights reserved.