# ATTACHMENT 13

Workspace Webmail :: Print

Page 1 of 2

Print | Close Window

Subject: Re: New team into/clarification
From: Jackie Marsteller <Jackie.Marsteller@ecs-federal.com>
Date: Sat, Oct 23, 2010 9:24 pm
To: "'donspatola@j4pls.com'" <donspatola@j4pls.com>, "'worbke@comcast.net'" <worbke@comcast.net>, "'jcbonafilia@j4pls.com'" <jcbonafilia@j4pls.com>
Cc: Tess Swatt <tess.swatt@ecs-federal.com>, "'rickarvonio@aol.com'" <rickarvonio@aol.com>, "'john.sadler1@verizon.net'" <john.sadler1@verizon.net>
Attach: image001.jpg

I like it, everyone. Thanks.

Sent from my BlackBerry Wireless Device

From: donspatola [mailto:donspatola@j4pls.com]
Sent: Saturday, October 23, 2010 06:27 PM
To: Jackie Marsteller; worbke@comcast.net <worbke@comcast.net>; 'John Bonafilia' <jcbonafilia@j4pls.com>
Cc: Tess Swatt; 'Rick Arvonio' <rickarvonio@aol.com>; john.sadler1@verizon.net <john.sadler1@verizon.net>
Subject: RE: New team into/clarification

Jackie,

Good evening, as requested attached for your review is a draft exec summary introduction. We had highlighted some issues for your consideration.
Hope this helps.

Regards,



Postal Logistics Solutions, LLC
7425 Howell Run Court, Manassas, VA 20112-7825
www.j4pls.com

Don M. Spatola
Owner/Partner
202-255-9124
mailto:donspatola@j4pls.com

From: Jackie Marsteller [mailto:Jackie.Marsteller@ecs-federal.com]
Sent: Saturday, October 23, 2010 9:58 AM
To: worbke@comcast.net; John Bonafilia
Cc: donspatola; Tess Swatt
Subject: New team into/clarification

Hi guys,

In trying to address the major concern about teaming discussed yesterday, I came up with the attached two paragraphs for the exec sum introduction of the team. My goal with this intro is to address 'business relationship, purpose on team, responsibility, and interaction – in as little words as possible☺.

I want to see if you think I am on the right track before taking things further. Also, can you share with other J4 reviewers whose email I do not have handy? THANKS in advance for any input.

Jackie

Jackie Marsteller
Sr. VP, IT Services Division
Electronic Consulting Services, Inc. (ECS)
2750 Prosperity Ave., Suite 510
Fairfax, VA 22031
p: 703-270-1540, ext. 1019
f: 703-270-1541
c: 703-389-2380
jackie.marsteller@ecs-federal.com

Copyright © 2003-2013. All rights reserved.