# ATTACHMENT 14

 2750 Prosperity Avenue • Suite 510 • Fairfax, VA 22031
Tel. 703.270.1540 Fax 703.270.1541
www.ecs-federal.com

October 25, 2011

**ECS, Notice of Increase**

Dear Jacqueline,                    1329

Electronic Consulting Services, Inc. ("ECS") is pleased to notify you of your salary increase as a result of your 2011 annual performance review.

Your new semi-monthly salary will be $9,104.00 which is equivalent to $218,508.00 per annum, less payroll deductions and other withholdings required by law. The Company may modify compensation and benefits, as permitted by law. Your new rate of pay became effective October 1, 2011 and is reflected in your October 25, 2011 paycheck.

Thank you for your efforts and continued support. We look forward to continuing productive and mutually rewarding relationship.

Very truly yours,

Jeffrey A. Powell
Executive Vice President and Chief Operating Officer

ECS 000067