IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JACQUELINE D. MARSTELLER, <br><br> Plaintiff, <br><br> v. <br><br> ECS FEDERAL, INC. <br> f/k/a ELECTRONIC CONSULTING <br> SERVICES, INC., *et al.* <br><br> Defendants. | C.A. 1:13cv593 <br> (JCC/JFA) |

# PLAINTIFF'S MOTION TO COMPEL DISCOVERY
# AND OVERRULE OBJECTIONS

# EXHIBIT 15

# DOCUMENT FILED UNDER SEAL