IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JACQUELINE D. MARSTELLER,        )
                                 )
            Plaintiff,           )
                                 )  Civil Action No. 1:13cv0593 (JCC/JFA)
    v.                           )
                                 )
ECS FEDERAL, INC., *et al.*,     )
                                 )
            Defendants.          )
_____)

## ORDER

This matter is before the court on the parties' Consent Motion for Permission to Use Electronic Equipment at Settlement Conference. (Docket no. 115). Having reviewed the motion, and taking into consideration that the motion pertains to a settlement conference, and not a trial, it is hereby

ORDERED that the motion for permission to use electronic equipment at the settlement conference is denied.

Entered this 5th day of November, 2013.

                                        _____/s/_____
                                        John F. Anderson
                                        United States Magistrate Judge
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia