**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

JACQUELINE D. MARSTELLER,

Plaintiff,

v.

ECS FEDERAL, INC.
f/k/a ELECTRONIC CONSULTING SERVICES, INC., *et al.*,

Defendants.

Case No. 1:13-cv-593 (JCC/JFA)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Upon agreement and stipulation of all of the parties, this case is hereby DISMISSED WITH PREJUDICE as George Wilson, with each side to bear its own costs and fees.

SO ORDERED.

/s/
James C. Cacheris
United States District Judge

Dated: 11/19/, 2013
Alexandria, Virginia

Hon. James C. Cacheris
United States District Judge

WE ASK FOR THIS:

Elaine Charlson Bredehoft, VSB No. 23766
ecb@cbcblaw.com
Carla D. Brown, VSB No. 44803
cbrown@cbcblaw.com
Brian A. Scotti, VSB No. 74510
bscotti@cbcblaw.com
CHARLSON BREDEHOFT COHEN
& BROWN, P.C.
11260 Roger Bacon Drive, Ste. 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Plaintiff, Jacqueline D. Marsteller*

Michael E. Barnsback, VSB No. 33113
Michael.Barnsback@leclairryan.com
LECLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
(703) 647-5931 Telephone
(703) 647-5993 Facsimile
*Counsel for Defendants*

RECEIVED

2013 NOV 18 P 3: 57

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA