## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| JACQUELINE D. MARSTELLER )<br><br>Ms. Marsteller, )<br><br>v. )<br><br>ECS FEDERAL, INC.<br>f/k/a ELECTRONIC CONSULTING<br>SERVICES, INC., *et al.*, )<br><br>Defendants. ) | C.A. No. 1:13cv593<br>Hon. James C. Cacheris<br>Hon. John F. Anderson |

### STIPULATION OF DISMISSAL

Upon motion of the Parties, having conducted discovery and discussing the claims at mediation, have satisfied themselves that there is no basis to pursue the claims pending in Court. This case is hereby DISMISSED with prejudice as to all claims and all Parties; with each Party to bear its own costs and fees.

SO ORDERED.

_____/s/_____
James C. Cacheris
United States District Judge

Dated: _12 | 20 | 13_
Alexandria, Virginia

The Honorable James C. Cacheris
United States District Court Judge

WE ASK FOR THIS:

By: _____

Carla D. Brown, VSB No. 44803
cbrown@cbcblaw.com
Brian A. Scotti, VSB No. 74510
bscotti@cbcblaw.com
CHARLSON BREDEHOFT COHEN
  & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
Phone: (703) 318-6800
Facsimile: (703) 318-6808

*Counsel for the Ms. Marsteller, Jacqueline D. Marsteller*

By: _____

Michael E. Barnsback, VSB No. 33113
Michael.barnsback@leclairryan.com
LECLAIR RYAN
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone:  (703) 647-5931
Facsimile:  (703) 647-5993

*Counsel for the Defendants, ECS Federal, Inc.,*
  *S. Roy Kapani and George Wilson*



RECEIVED

2013 DEC 17 P 2: 14

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

December 17, 2013

**VIA HAND DELIVERY**
Clerk of the Court
U.S. District Court Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    Jacqueline D. Marsteller v. ECS Federal, Inc.
             Civil Action: 1:13-cv-00593 JCC/JFA

Dear Clerk:

    Enclosed, please find an original copy of the Stipulation of Dismissal, signed by all counsel of record, for entry by Judge Cacheris in the above-referenced matter.

    Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

                       Sincerely,

                       Michael E. Barnsback
                       *Attorney at Law*

Enclosure

cc:    Carla Brown (w/o enclosures)

E-mail: michael.barnsback@leclairryan.com
Direct Phone: 703.647.5931
Direct Fax: 703.647.5993

2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Phone: 703.684.8007 \ Fax: 703.684.8075

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.
ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM